# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re:  SUSAN ELISE SPARKS                    Case No.  12 B 32898
          Debtor(s)

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders
that the application be:

☐  GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the
bankruptcy case demonstrate that the waiver was unwarranted.

☑  DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 76.50     on or before  10/07/12

$ 76.50     on or before  11/06/12

$ 76.50     on or before  12/06/12

$ 76.50     on or before  01/05/13

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any
additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE
INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

☐  SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held
on _____ at _____ at _____
                                            (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY
DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER
DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE:  9/07/12

Janet S. Baer
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

Case Number :    12 B 32898
Case Name :      Susan Elise Sparks

I, Anthony Watson, Courtroom Deputy to the Honorable Judge Janet S. Baer, certify that on **September 7, 2012 ,** I caused copies of the attached **an Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee** dated, **September 7, 2012** to be served to the parties listed below via facsimile (where indicated); electronically served through the Court's CM/ECF system (where indicated); via First Class Mail as indicated by (**)

**Susan Elise Sparks(**)**
7808 S. South Shore Drive, Apt 108

Chicago, IL 60649

*Trustee*
**Norman B Newman**
Much Shelist Freed Denenberg
191 North Wacker Drive Ste 1800
Chicago, IL 60601
served electronically

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
served electronically

-------------------------------------------------
Anthony Watson
Courtroom Deputy